DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARISA C. SMITH,**
Appellant,

v.

**SHOMA HOMES AT NAUTICA FAMILY NEIGHBORHOOD ASSOCIATION, INC.,**
Appellee.

No. 4D2022-2368 and 4D2022-3156

[March 14, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE20-015682.

Marisa C. Smith, Miramar, pro se.

Raymond A. Piccin of Bakalar & Associates, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***